**DICKINSON WRIGHT PLLC**
Bennett Evan Cooper (CA 128544)
bcooper@dickinsonwright.com
Bradley A. Burns (AZ 030508) (pro hac vice pending)
bburns@dickinsonwright.com
Amanda E. Newman (AZ 032462) (pro hac vice pending)
anewman@dickinsonwright.com
1850 N. Central Avenue, Suite 1400
Phoenix, Arizona 85004
Tel: (602) 285-5000
Fax: (844) 670-6009
*Attorneys for Defendant Xcentric Ventures, LLC*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mark Selker, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Xcentric Ventures, LLC and Does 1 through 300, inclusive,<br><br>Defendants. | No. 22-cv-00393-BEN-KSC<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS AND COMPEL ARBITRATION**<br><br>Hearing Date: May 2, 2022<br>Hearing Time: 10:30 a.m.<br>Hearing Location: Courtroom 5A<br>Before: Hon. Roger T. Benitez |

PLEASE TAKE NOTICE THAT Defendant Xcentric Ventures, LLC ("Xcentric") moves this Court, under Federal Rule of Civil Procedure 12(b)(1), to dismiss this case and compel arbitration, based on the arbitration agreement between the parties that encompasses the claims at issue.

This motion will be heard on May 2, 2022, at 10:30 a.m., or as soon thereafter as counsel may be heard, before the Honorable Roger T. Benitez, in Courtroom 5A, at the Edward J. Schwartz United States Courthouse, located at 221 West Broadway, Fifth Floor, San Diego, California.

This motion is made on the grounds that the parties have a valid agreement to arbitrate, and the arbitration agreement encompasses the dispute. Thus, under the Federal Arbitration Act, arbitration must be compelled. Because motions to compel arbitration are generally treated as Rule 12(b)(1) motions to dismiss for lack of

subject matter jurisdiction, the Court should dismiss this action and compel arbitration.

Xcentric's motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities and exhibits thereto, all documents in the Court's file, any matters of which this Court may take judicial notice, and such other written and oral arguments as may be presented to the Court.

DATED this 31st day of March, 2022.

Respectfully submitted,

**DICKINSON WRIGHT PLLC**

*s/ Bennett Evan Cooper*
Bennett Evan Cooper
Bradley A. Burns
Amanda E. Newman
1850 N. Central Avenue, Suite 1400
Phoenix, Arizona 85004

Attorneys for Defendant
Xcentric Ventures, LLC

COPY of the foregoing served via the ECF system this 31st day of March, 2022, on the following:

Jeffrey L. Hogue
Tyler J. Belong
Jimmie D. Parker
Mark A. Simpliciano
**HOGUE & BELONG**
170 Laurel Street
San Diego, CA 92101
jhogue@hoguebelonglaw.com
tbelong@hoguebelonglaw.com
jparker@hoguebelonglaw.com
msimpliciano@hoguebelonglaw.com
*Attorneys for Plaintiff*

*s/ Nicole Francini*